UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| AUTOSEIS, INC., et al., | § | CIVIL ACTION NO. 2:15-CV-00237 |
| | § | |
| Reorganized Debtors. | § | |

## ORDER WITHDRAWING REFERENCE AND TRANSFERRING VENUE OF CONTESTED MATTER

Before the Court is the "Report and Recommendation to Withdraw the Reference and Transfer Contested Matter to District Court" (Report; D.E. 1), issued by United States Bankruptcy Judge Richard S. Schmidt on June 1, 2015. The parties were given notice of the Report on that date and no objections thereto have been filed. The Report further reflects that the matters therein, pertinent to the withdrawal of reference and transfer of venue, are agreed among the parties. After due consideration, the Court

**ADOPTS** the Report as its findings of fact and conclusions of law with respect to this matter. The Court further

**WITHDRAWS THE REFERENCE** solely of the Contested Matter, which is defined as the claim of Claudia Yaquian for gender and national origin discrimination against Global Geophysical Services, Inc. The Contested Matter shall be adjudicated in the United States District Court. The Court further

**TRANSFERS VENUE** of the Contested Matter to the United States District Court for the Southern District of Texas, Houston Division for adjudication.

ORDERED this 7th day of July, 2015.

_____
NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE